■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOPEZ NELSON, Appellant. [709 NYS2d 402] —Judgment, Supreme Court, New York County (Colleen McMahon, J., at plea; Herbert Adlerberg, J., at sentence), rendered on or about September 17, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Nardelli, Andrias, Saxe and Buckley, JJ.

■ SHOWCASE LIMOUSINE, INC. v CAREY. [716 NYS2d 551] —Motion to amend/modify this Court's prior decision and order granted only to the extent of allowing plaintiff an additional 60 days from the date hereof within which to pay all amounts owed under Business Corporation Law § 1312 (a); and otherwise denied. Concur—Rosenberger, J. P., Williams, Lerner, Saxe and Buckley, JJ. [*See*, 269 AD2d 133.]